# EXHIBIT A

# COVINGTON & BURLING

1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

NEW YORK
WASHINGTON, DC
LONDON
BRUSSELS
SAN FRANCISCO

July 20, 2005

By Email and First Class Mail

Richard L. Cys
DAVIS WRIGHT TREMAINE LLP
1500 K Street N.W., Suite 450
Washington, D.C. 20005-1272

Re: Authorization to Represent Hussein Salem Mohammad Abdallah El-Marqodi

Dear Mr. Cys:

Covington & Burling has been contacted by Hussein Salem Mohammad Abdallah El-Marqodi, a detainee being held by the United States military in Guantánamo Bay, Cuba. Mr. El-Marquodi has asked for our assistance in petitioning the United States courts to order his release from detention and he has authorized us to proceed on his behalf.

Pursuant to Mr. El-Marquodi's authorization, Covington & Burling hereby authorizes you to represent Mr. Zahir in proceedings related to his detention at Guantánamo.

I have attached a copy of Mr. El-Marquodi's letter, as well as an English translation. I ask that you inform Mr. El-Marquodi of this action by letter at your earliest convenience.

Sincerely yours,

Marc D. Falkoff

Enclosure

AUG-07-2003 01:20                                                                 P.41

DO NOT WRITE BEYOND HEAVY LINES

بسم الله الرحمن الرحيم

إلى المحامي / مارك فالكوف،

سمعت أنكم تهتمون بحقوق الإنسان وتدافعون عن حقوق الناس المعذبين،
وعرفت أنكم تحظون بسمعة جيدة وأخلاق عالية مما دفعني أن أتخذ قراراً بأن أوكلكم
في مسألة تقديم متابعتي أمام الحاكم والسلطات الأمريكية.

علماً بأنه ما أستطيع أقول بأن تكاليف هذه القضية لعدم امتلاكي لأي نقود أو عزيز لي.

الاسم الكامل: حسين سالم محمد عبدالله المريدي
العنوان: اليمن - عدن - خورمكسر - حي الساحل حكلتقيم
تلفون جوال - مبايل: ٧٣٥٠٣٣٩٧ / هاتف ٢٨٠٩٣٩٦
التوقيع: المريدي
الرقم الذي يعطى للمعتقل: ١:١٠ / 1015

UNCLASSIFIED//FOUO
Reverse of DA FORM 2667-E, May

143·10-2

(Fold on this line)

SENDER:

Name (Last, first MI) ____________________

Internment Serial Number ____________________

Date and Place of Birth ____________________

Name of Camp ____________________

County where posted ____________________

(Fold on this line)

MAIL LETTER

Language ____________________

To سارك فالكفى ____________________

Street ____________________

City ____________________

Country ____________________

Province or Department ____________________

(Fold on this line)

DO NOT WRITE HERE

(Fold on this line)

DA FORM 2667-R, May 82 EDITION OF 1 JUL 63 IS OBSOLETE. For use of this form, see AR 190-8 the proponent agency is DCSPER.

UNCL[illegible]ED

AUG-07-2003  01:20                                                              P.40

In the name of the merciful God

To the attorney Marc Falkoff

I heard that you defend human rights and that you defend the rights of the oppressed people, and I found out that you enjoy a good reputation and high Morals which is the reason that convinced me of retaining you in handling my case and following up on it in front of the courts and American authorities. Please note that I would not be able to pay any legal fees, due to the fact that I do not have any funds or otherwise.

Name of Detainee: Hussein Salem Mohammad Abdallah El-Marqodi
Address: Yemen, Adan, Khor Maskar, El-Salaam area
Mobile phone: 73503379
Phone: 380979
Signature: Illegible
Number given to detainee: 1015

UNCLASSIFIED//FoUO

143-10-1