## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUSSEIN SALEM MOHAMMAD ABDALLAH EL-MARQODI,** ) ) ) ) | |
| *v.* ) ) | **CA No. 05 CV 1649 (RMU)** |
| **GEORGE W. BUSH, President of the United States, *et al.*,** ) ) ) **Respondents.** ) ) | |

## CONSENT MOTION FOR EXPEDITED ENTRY
## OF PROTECTIVE ORDER

Petitioner Hussein Salem Mohammad Abdallah El-Marqodi moves for the expedited entry of the Amended Protective Order (Ex. A), "Protected Information" Order (Ex. B) and Supplemental Filing Procedures Order (Ex. C) (together, the "Protective Order"), previously entered by Judge Joyce Hens Green in *Ab-dah v. Bush*, 04-CV-1254 (HHK) and the other coordinated Guantánamo detainee cases. Because the Government will not allow privileged communications between counsel and Petitioner until the Protective Order is entered, and counsel intend to meet with Petitioner at Guantánamo Bay in the near future, Petitioner respectfully asks that the Protective Order be entered promptly. Counsel for Respondents have indicated their consent to this Motion.

This Motion is made without prejudice to Petitioner's right to challenge or seek modification of any particular terms of the Protective Order in the future.

Dated:  August 19, 2005

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_Richard L. Cys_

Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC  20005-1272
Tel:  (202) 508-6617
Fax:  (202) 508-6699

James P. Walsh (DC Bar No. 930115)
One Embarcadero Center, Suite 600
San Francisco, California  94111-3611
Tel:  (415) 276-6556
Fax:  (415) 276-6599

*Of Counsel*
Michael Ratner
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York  10012
Tel:  (212) 614-6464

## CERTIFICATE OF SERVICE

I, Richard L. Cys, hereby certify at on this 19th day of August, 2005, I caused copies of the foregoing Consent Motion for Expedited Entry of Protective Order to be served on each of the Respondents or their counsel as follows:

*By Express Mail to:*

The Honorable Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

The Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, D.C. 20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Donald Rumsfeld
Secretary of Defense
United States Department of Justice
1000 Defense Pentagon
Washington, D.C. 20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
APO AE 09360

Army Col. Nelson J. Cannon
Commander, Camp Delta –JTF-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
APO AE 09360

*By e-mail to:*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6120
Washington, DC 20530
e-mail: Andrew.Warden@usdoj.gov

Richard L. Cys