IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUSSEIN SALEM MOHAMMAD ABDALLAH EL-MARQODI,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>Respondents. | CA No. 05 CV 1649 (RMU) |

### [PROPOSED] ORDER

Having considered Petitioner's Consent Motion for Expedited Entry of Protective Order, it is this ___ day of _____, 2005, hereby

**ORDERED,** that Petitioner's Consent Motion for Expedited Entry of Protective Order is **GRANTED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　United States District Judge