IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUSSEIN SALEM MOHAMMAD ABDALLAH EL-MARQODI,  )<br>)<br>)<br>)<br>v.           )<br>)<br>GEORGE W. BUSH, President of the  )<br>United States, *et al.*,      )<br>Respondents.    )<br>) | CA No. 05 CV 1649 (PLF) |

### [PROPOSED] ORDER

Having considered Petitioner's Motion and Memorandum in Support of Motion for Writ of Habeas Corpus or Order to Show Cause, it is this ___ day of _____, 2005 hereby

**ORDERED**, that Petitioner's motion is GRANTED; and it is further

**ORDERED**, that Respondents shall show cause why the writ should not be granted and submit factual returns within 90 days of the date of this order.

_____
United States District Judge