IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSSEIN SALEM MOHAMMAD ABDALLAH EL-MARQODI,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>    Respondents. | CA No. 05 CV 1649 (PLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Petitioner Hussein Salem Mohammad Abdallah El-Marqodi respectfully requests that the time for filing a Reply to the Government's Opposition to Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Release be extended for two weeks until September 23, 2005. Counsel for Respondents has represented that she does not oppose this request.

On August 19, 2005, El-Marqodi submitted his Motion for Temporary Restraining Order and Preliminary Injunction. On that same afternoon, Judge Urbina, to whom the case was then assigned, granted the requested TRO and ordered respondents to provide 30 days notice of their intention to move El-Marqodi from Guantanamo. The case was then reassigned to Judge Friedman as of August 22, 2005. Notwithstanding Judge Urbina's Order of August 19, Respondents filed an Opposition to the Motion on August 29, asserting that Judge Urbina's Order had somehow expired. El-Marqodi's Reply is now due September 9, 2005.

In order to prepare a response to the respondent's rather unique position and to coordinate that response with positions taken by other detainees, counsel for El-Marqodi require an additional two weeks to prepare the Reply. In addition, intervening vacation schedules of counsel for El-Marqodi will make it difficult to file the reply by the existing deadline.

For these reasons, El-Marqodi respectfully requests, without opposition, that the time for filing his Reply to the Government's Opposition to Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Release be extended for two weeks from September 9, 2005 until September 23, 2005.

Dated: September 7, 2005

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*(signature)*

Richard L. Cys (DC Bar No. 087536)
1500 K Street, NW, Ste. 450
Washington, DC 20005-1272
Tel: (202) 508-6617
Fax: (202) 508-6699

James P. Walsh (DC Bar No. 930115)
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Tel: (415) 276-6556
Fax: (415) 276-6599

*Of Counsel*
Michael Ratner
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464

## CERTIFICATE OF SERVICE

I, Richard L. Cys, hereby certify at on this 7th day of September, 2005, I caused copies of the foregoing Consent Motion to be served on each of the Respondents or their counsel as follows:

*By Express Mail to:*

The Honorable Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

The Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, D.C. 20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Donald Rumsfeld
Secretary of Defense
United States Department of Justice
1000 Defense Pentagon
Washington, D.C. 20301-1000

*By U.S. mail to:*

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
APO AE 09360

Army Col. Nelson J. Cannon
Commander, Camp Delta –JTF-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
APO AE 09360

*By e-mail to:*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6120
Washington, DC 20530
e-mail: Andrew.Warden@usdoj.gov

_____
Richard L. Cys