IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSSEIN SALEM MOHAMMAD ABDALLAH EL-MARQODI, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br> Respondents. | CA No. 05 CV 1649 (PLF) |

### [PROPOSED] ORDER

Having considered Petitioner's Consent Motion for Extension of Time until September 23, 2005 to file a reply to the Government's Opposition to his Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Release, it is this ___ day of _____, 2005 hereby

**ORDERED**, that Petitioner's motion is GRANTED.

_____
United States District Judge