IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUSSEIN SALEM MOHAMMAD ABDALLAH EL-MARQODI,<br>　　　　　　Petitioner,<br><br>　　　v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>　　　　　　Respondents. | CA No. 05 CV 1649 (RBW) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Federal Procedure, Petitioner hereby gives notice that he is dismissing this case without prejudice. At the suggestion of the government, Petitioner has confirmed that there are two cases pending in this court on his behalf – this one and Civil Action No. 05-CV-1645 (*Hussain Salem Mohammed Almerfedi, et al., v. George W. Bush, et al.*), pending before Judge Friedman. Because that case was filed first, Petitioner is dismissing this case so that the earlier one can proceed.

Dated this 25th day of October, 2005.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Richard L. Cys (DC Bar No. 087536)
　　　　　　　　　　　　　　　　　　　　1500 K Street, NW, Ste. 450
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005-1272
　　　　　　　　　　　　　　　　　　　　Tel:  (202) 508-6617
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 508-6699

        James P. Walsh  (DC Bar No. 930115)
        One Embarcadero Center, Suite. 600
        San Francisco, California 94111
        Tel:  (415) 276-6556
        Fax:  (415) 276-6599

        *Of Counsel*
        Michael Ratner
        Center for Constitutional Rights
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6464

Approved and ordered that this case is hereby dismissed without prejudice.

_____

Reggie B. Walton
United States District Judge

## CERTIFICATE OF SERVICE

I, Richard L. Cys, hereby certify at on this 25th day of September, 2005, I caused copies of the foregoing Notice of Voluntary Dismissal to be served on each of the Respondents or their counsel as follows:

*By Express Mail to:*

The Honorable Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, D.C.  20530

The Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., N.W.
Room 5111
Washington, D.C.  20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C.  20500

Donald Rumsfeld
Secretary of Defense
United States Department of Justice
1000 Defense Pentagon
Washington, D.C.  20301-1000

*By U.S. Mail to:*

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
APO AE 09360

Army Col. Nelson J. Cannon
Commander, Camp Delta –JTF-GTMO
Guantánamo Bay Naval Station
Guantánamo Bay, Cuba
APO AE 09360

*By e-mail to:*

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6120
Washington, DC  20530
e-mail:  Andrew.Warden@usdoj.gov

_____/s/_____
Richard L. Cys